IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF RBS COMMERCIAL FUNDING, INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2014-C21, <br>　　　　　　Plaintiff, <br><br> v. <br><br> CEDAR CREST PROFESSIONAL PARK VII LP, <br>　　　　　　Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : Civil No. 5:24-cv-04627-JMG <br> : <br> : <br> : <br> : <br> : |

**ORDER**

**AND NOW,** this    6th    day of June, 2025, upon consideration of Plaintiff's Renewed Motion for Appointment of a Receiver (ECF No. 29), Defendant's Memorandum of Law in Opposition to Plaintiff's Renewed Motion for Appointment of a Receiver (ECF No. 30), Defendant's Supplemental Memorandum in Opposition to Plaintiff's Motion for Appointment of a Receiver (ECF No. 33), and Plaintiff's Submission in Opposition to Defendant's Supplemental Receivership Memorandum (ECF No. 35), **IT IS HEREBY ORDERED** that Plaintiff's Renewed Motion for Appointment of a Receiver (ECF No. 29) is **GRANTED** and Plaintiff's Order Appointing the Receiver (ECF No. 29-4) is **APPROVED**.

**IT IS FURTHER ORDRED**, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 31), Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 37), Defendant's Supplemental Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 38), and Plaintiff's Reply Brief

in Support of Its Motion for Summary Judgment (ECF No. 41), that Plaintiff's Motion for Summary Judgment (ECF No. 31) is **GRANTED**.

    **IT IS FURTHER ORDRED**, upon consideration of Defendant's Motion for Partial Summary Judgment (ECF No. 32) and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Partial Summary Judgment (ECF No. 36), that Defendant's Motion for Partial Summary Judgment (ECF No. 32) is **DENIED**.

BY THE COURT:

    */s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge